IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

IN RE : CHRIS MOORE AND                                CHAPTER 7 NUMBER
ANNE MOORE AKA ANNE B. HARTMANN                        13-51280- KMS

### MOTION FOR EXTENSION OF DEADLINE FOR COMPLAINTS UNDER § 523 AND/OR §727 OF THE BANKRUPTCY CODE

COMES NOW, MEMORIAL HOSPITAL AT GULFPORT, by and through its undersigned attorney, William P. Wessler, and moves the court for an Order extending for 30 days, or **until MONDAY, NOVEMBER 18, 2013**, the deadline for filing complaints objecting to discharge or dischargeability in this case and as grounds would show that Movant is in the process of obtaining production of documents which may be the basis for the filing of an objection under §523 and/or §727 of the Bankruptcy Code and the requested extension is needed in order to obtain and review said documents and/or to complete a proposed settlement with the Debtor.

RESPECTFULLY SUBMITTED, this the 14TH DAY OF OCTOBER, 2013.

/s/ William P. Wessler
_____
WILLIAM P. WESSLER,
ATTORNEY FOR
MEMORIAL HOSPITAL AT GULFPORT

WILLIAM P. WESSLER,
1624 24TH AVENUE
GULFPORT, MS 39501
(228) 863-3686
MSB#7110

## **CERTIFICATE OF SERVICE**

     I, WILLIAM P. WESSLER, do hereby certify that I have this day mailed, postage prepaid or delivered electronically a copy of the above motion to:

Hon. SHARI HERRING
Attorney for the Debtor
P O BOX 7812
Gulfport, MS 39506

Hon. Kimberly R. Lentz, Trustee
2012 23rd Avenue
Gulfport, Ms. 39501

Hon. Christopher J. Steiskal
Trial Attorney
Office of the US Trustee
501 East Court Street , Suite 6-430
Jackson , MS 39201

     SO CERTIFIED, this 14TH DAY OF OCTOBER, 2013.

/s/ William P. Wessler
_____
WILLIAM P. WESSLER